**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.   4:09CV00859 DJS |
| | ) | |
| MICHAEL BOWERSOX, | ) | |
| | ) | |
| Respondent. | ) | |

<u>**ORDER**</u>

This matter is before the Court on petitioner's motion to proceed in forma pauperis.

Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to

afford to pay the filing fee.  Consequently, the Court will grant the motion.  <u>See</u> 28 U.S.C.

§ 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is

**GRANTED**.

Dated this ___19th___ day of _ June _, 2009.


_____/s/ Donald J. Stohr_____
UNITED STATES DISTRICT JUDGE