UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY WASHINGTON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:09CV859-DJS |
| ) | |
| **MICHAEL BOWERSOX,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court upon the report and recommendation of the United States Magistrate Judge, recommending that petitioner Anthony Washington's motion to voluntarily dismiss petition for writ of habeas corpus be granted. Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #12] is accepted and adopted.

**IT IS FURTHER ORDERED** that petitioner Anthony Washington's motion to voluntarily dismiss petition for writ of habeas corpus [Doc. #11] is granted.

Dated this   29th   day of November, 2010.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE